# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEN Y. CHIANG<br>Plaintiff | |
| V. | CIVIL ACTION<br>NO. 1:07-cv-11931-NG |
| CHASE BANK USA, N.A.<br>Defendant | |

## SETTLEMENT ORDER OF DISMISSAL

GERTNER, D. J.

The Court having been advised on  June 11, 2008  that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

6/12/2008  
Date

/s/ JENNIFER GAUDET  
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)